UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| John Powers<br><br>　　　　Plaintiff<br><br>v.<br><br>Town of Durham<br><br>　　　　Defendant | Civil Action No. 1:23-CV-00327-SM |

## JOINT NOTICE OF WITHDRAWAL
## OF DEFENDANT TOWN OF DURHAM'S MOTION TO COMPEL

The parties, Defendant Town of Durham and Plaintiff John Powers, by and through their respective undersigned counsel, hereby provide notice of withdrawal of Defendant's Motion to Compel (Doc. 13) because the parties have resolved the issues addressed therein.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>TOWN OF DURHAM, NH<br>By its attorneys,<br>JACKSON LEWIS P.C., |
| Dated: July 31, 2024 | */s/ Samuel H. Martin*<br>K. Joshua Scott (NHBA# 17479)<br>Samuel H. Martin (NHBA# 272195)<br>JACKSON LEWIS P.C.<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>Phone: (603) 559-2700<br>Fax: (603) 559-2701<br>joshua.scott@jacksonlewis.com<br>samuel.martin@jacksonlewis.com |

|  |  |
|---|---|
|  | JOHN POWERS<br>By his Attorneys,<br>DICKINSON & SILVERMAN, PLLC |
| Dated: July 31, 2024          By: | s/ Gregory L. Silverman<br>Gregory L. Silverman (NH Bar # 265237)<br>63 Pleasant Street<br>Hooksett, NH 03106<br>(603) 724-8089<br>gsilverman@dickinsonsilverman.com |

<u>Certificate of Service</u>

A copy of the foregoing was this day served via the Court's electronic filing system on all parties.

Dated: July 31, 2024          By:   */s/ Samuel H. Martin*
                                          Samuel H. Martin

2