## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN POWERS<br><br>      Plaintiff,<br><br>      v.<br><br>TOWN OF DURHAM, NH,<br><br>      Defendant. | No. 1:23-cv-00327-SM |

**JOINT MOTION TO CONTINUE JURY TRIAL FROM THE TRIAL PERIOD BEGINNING OCTOBER 21, 2025 TO THE TRIAL PERIOD BEGINNING MARCH 17, 2026**

NOW COMES Plaintiff JOHN POWERS and Defendant TOWN OF DURHAM (together the "Parties"), by and through their counsel and respectfully move as follows:

1. The jury trial in this matter is scheduled for the two-week trial period beginning October 21, 2025.

2. The parties' pretrial statements are presently due on September 22, 2025.

3. On March 14, 2025, Defendant Town of Durham filed a Motion for Summary Judgment. Defendant's Motion for Summary Judgment remains pending before the Court.

4. To allow the Court to rule upon the pending Motion for Summary Judgment, and given the parties' schedules, they respectfully request the jury trial be continued to the March 2026 period as set forth in the accompanying Civil Form 3.

5. This extension will also allow the parties time to discuss potential resolution and mediation in the event the Motion for Summary Judgment is not granted.

6. Counsel have notified their respective clients of the request to continue the trial date as set forth herein as required by Local Rule 7.2(c), who have assented.

7. The parties leave the scheduling/rescheduling of any other date, such as the Final Pretrial Conference, within the sound discretion of this Honorable Court.

WHEREFORE, The Parties request that this Honorable Court:

A. Grant this motion and continue the jury trial and extend the parties' remaining deadlines as set forth in the attached Civil Form 3; and

B. Grant such other and further relief as is just and equitable.

## MEMO STATEMENT, LR 7.1(a)(2)

No Memorandum of Law accompanies this motion due to the discretionary nature of the relief requested herein.

Respectfully Submitted,
TOWN OF DURHAM, NH
By its attorneys,
JACKSON LEWIS P.C.,

Date: September 5, 2025         */s/ Samuel H. Martin*
K. Joshua Scott (NHBA# 17479)
Samuel H. Martin (NHBA# 272195)
JACKSON LEWIS P.C.
100 International Drive, Suite 363
Portsmouth, NH 03801
Phone: (603) 559-2700
Fax: (603) 559-2701
joshua.scott@jacksonlewis.com
samuel.martin@jacksonlewis.com

## Certificate of Service

I hereby certify that a copy of the foregoing was this day served via the Court's electronic filing system on Gregory L. Silverman, Esq., counsel for Plaintiff, at gsilverman@dickinsonsilverman.com.

Date: September 5, 2025      By:    */s/ Samuel H. Martin*
Samuel H. Martin

4908-8268-8870, v. 2